UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN

BRIDGET WALKER, Personal Representative of
The Estate of CHRISTOPHER WALKER, Deceased,
KENOTA SLATER, Next Friend of MALIK
SLATER, a minor,  CAROL MERRIWEATHER,
Next Friend of LEON MERRIWEATHER, a minor,
And LIZ MCCANTS, Next Friend of  KEJUANA
MCCANTS, a minor,

                                              2:10-cv-12596-RHC-PJK

        Plaintiffs,

V.

CARMEN EVANS, COLIN LOWERY, SHARON DENNIS,
DERRYCK BRANTLEY, DEVON BELL and WILLIAM MORTON,
jointly and severally,

        Defendants,
_____

| | |
|---|---|
| THE HIRSCH LAW FIRM, PLLC | THEOPHILUS E. CLEMONS (P47991) |
| JONATHAN C. HIRSCH (P46952) | DETROIT PUBLIC SCHOOLS |
| Attorney for Plaintiffs | Office of the General Counsel |
| 22725 Greater Mack, Bldg A, Ste 206 | Attorney for Defendants EVANS, |
| St. Clair Shores, MI 48080 | LOWERY and DENNIS |
| (586) 445-0900 | 3011 W. Grand Blvd., Ste 1800 |
| | Detroit, MI 48202 |
| | (313) 873-4527 |

_____

**MOTION FOR SUBSTITUTION OF PARTY PLAINTIFFS**

    NOW COME the Plaintiffs, by and through their attorneys, THE HIRSCH LAW FIRM, PLLC and hereby states unto this Honorable Court as follows:

1. That Plaintiffs MALIK SLATER (date of birth 5/19/92), LEON MERRIWEATHER (date of birth 5/2/92), and KEJUANA MCCANTS ( date of birth 2/15/93) have reached the age of majority and are not in need of Next Friend representation.

1

2. Attempts to reach concurrence of Defense counsel by telephone have gone unanswered.

WHEREFORE, Plaintiff asks this Honorable Court to substitute KENOTA SLATER, Next Friend of MALIK SLATER, a minor,  CAROL MERRIWEATHER, Next Friend of LEON MERRIWEATHER, a minor, And LIZ MCCANTS, Next Friend of KEJUANA MCCANTS, a minor, for MALIK SLATER, LEON MERRIWEATHER, and KEJUANA MCCANTS, respectively.

>/s/Jonathan C. Hirsch_____
THE HIRSCH LAW FIRM, PLLC
JONATHAN C. HIRSCH (P46952)
Attorney for Plaintiffs
22725 Greater Mack, Bldg A, Ste 206
St. Clair Shores, MI 48080
(586) 445-0900
jonathanhirsch@yahoo.com

**BRIEF IN SUPPORT OF THE MOTION TO SUBSTITUTE PARTIES**

That Plaintiffs MALIK SLATER (date of birth 5/19/92), LEON MERRIWEATHER (date of birth 5/2/92), and KEJUANA MCCANTS ( date of birth 2/15/93) have reached the age of majority and are not in need of Next Friend representation.

The Federal Rule for substitution of Parties is Rule 25, although there is no provision for substitution when a minor plaintiff reaches the age of majority.

Plaintiffs request this Honorable Court grant their Motion.

2

        /s/Jonathan C. Hirsch_____
THE HIRSCH LAW FIRM, PLLC
JONATHAN C. HIRSCH (P46952)
Attorney for Plaintiffs
22725 Greater Mack, Bldg A, Ste 206
St. Clair Shores, MI 48080
(586) 445-0900
jonathanhirsch@yahoo.com

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of records herein at their respective addresses as indicated on the pleadings on August 9, 2011 via ECF system and US Mail for Defendants. I declare under penalty of perjury that the above statement is true to the best of my information and belief.

        /s/Jonathan C. Hirsch_____
THE HIRSCH LAW FIRM, PLLC
JONATHAN C. HIRSCH (P46952)
Attorney for Plaintiffs
22725 Greater Mack, Bldg A, Ste 206
St. Clair Shores, MI 48080
(586) 445-0900
jonathanhirsch@yahoo.com