UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGET WALKER, et al.,

    Plaintiffs,

v.                                            Case No. 10-12596

CARMEN EVANS, et al.,

    Defendants.
                                          /

**ORDER DETERMINING AMOUNT OF DEFAULT JUDGMENT**

In orders dated August 15, 2011 and August 25, 2011, the court granted Plaintiffs Bridget Walker, Kejuana McCants, and Leon Merriweather default judgment against Defendants Devon Bell, Derryck Brantley, and William Morton. At the request of the court, Plaintiffs have filed two supplemental briefs collecting cases to support their request for default judgment in the amount of $5,000,000 for Bridget Walker, $1,000,000 for Kejuana McCants, and $1,000,000 for Leon Merriweather. Having been satisfied that these proposed amounts are not outside the realm of reasonable awards for the injuries sustained by Plaintiffs, the court will enter default judgment in the amounts requested.[1] Accordingly,

IT IS ORDERED that, pursuant to the court's "Order Granting in Part Renewed Motion for Default Judgment" [Dkt. # 42] and "Order Granting as to Plaintiff Leon Merriweather . . . Plaintiffs' Motion for Default Judgment" [Dkt. # 43], a default judgment

---

[1]The awards to Plaintiffs are based solely on Plaintiffs' request and not the evidence heretofore presented in this case. Neither the fact of the default judgment nor the amounts awarded to Plaintiffs may be used as evidence against the remaining Defendants as this case proceeds.

will issue against Defendants Devon Bell, Derryck Brantley, and William Morton, jointly and severally, in the amount of $5,000,000 for Bridget Walker, $1,000,000 for Kejuana McCants, and $1,000,000 for Leon Merriweather.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: September 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 14, 2011, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\10-12596.WALKER.DetermineDefaultJudgment.set.wpd