# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRIDGET WALKER, et al.,

      Plaintiffs,

v.                                                    Case No. 10-12596

CARMEN EVANS, et al.,

      Defendants.

_____/

## DEFAULT JUDGMENT

In accordance with the court's August 15, 2011 "Order Granting in Part Renewed Motion for Default Judgment," August 25, 2011 "Order Granting as to Plaintiff Leon Merriweather . . . Plaintiffs' Motion for Default Judgment" [Dkt. # 43], and September 14, 2011 "Order Determining Amount of Default Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in the amount of $5,000,000 in favor of Plaintiff Bridget Walker, in the amount of $1,000,000 in favor of Plaintiff Kejuana McCants, and in the amount of $1,000,000 in favor of Plaintiff Leon Merriweather against Defendant Derryck Brantley.  Dated at Detroit, Michigan, this 14th day of September, 2011.

                              DAVID J. WEAVER
                              CLERK OF THE COURT


                              s/Robert H. Cleland_____
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE