UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGET WALKER, et al.,

    Plaintiffs,

v.                                             Case No. 10-12596

CARMEN EVANS, et al.,

    Defendants.
                                      /

**DEFAULT JUDGMENT**

In accordance with the court's August 15, 2011 "Order Granting in Part Renewed Motion for Default Judgment," August 25, 2011 "Order Granting as to Plaintiff Leon Merriweather . . . Plaintiffs' Motion for Default Judgment" [Dkt. # 43], and September 14, 2011 "Order Determining Amount of Default Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in the amount of $5,000,000 in favor of Plaintiff Bridget Walker, in the amount of $1,000,000 in favor of Plaintiff Kejuana McCants, and in the amount of $1,000,000 in favor of Plaintiff Leon Merriweather against Defendant Devon Bell. Dated at Detroit, Michigan, this 14th day of September, 2011.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE