**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BRIDGET WALKER, Personal Representative
of the Estate of Christopher Walker, et al.,

      Plaintiffs,

                                       Case No. 2:10-cv-12596

v.

CARMEN EVANS, et al.,

      Defendants.
                                    /

**ORDER VACATING "ORDER FOR COLIN LOWERY TO SHOW CAUSE" AND
TERMINATING AS MOOT "MOTION FOR WITHDRAWAL OF ATTORNEY"**

On September 22, 2011, the court ordered Defendant Colin Lowery to appear at a hearing on October 12, 2011, and show cause why he should not be held in contempt of court for disobeying the court's notice that he attend a status conference on September 20, 2011. Lowery appeared at the appointed time on October 12, 2011, and informed the court that he is now in contact with Defendants' counsel and will assist in the defense of Plaintiffs' claims as the case proceeds. Lowery's testimony satisfied the court that good cause has been shown for Lowery's failure to appear on September 20, 2011, and the court will therefore vacate its "Order for Colin Lowery to Show Cause."

Also at the hearing on October 12, 2011, Plaintiffs' attorney indicated she would like to withdraw her pending motion to withdraw as counsel for Plaintiff Malik Slater. In the motion, Plaintiffs' attorney claimed there had been a breakdown in communication with Slater due to his failure to follow counsel's instructions to attend multiple court hearings. However, Slater appeared at the October 12, 2011 hearing, and Plaintiffs' attorney told the

court that, given Slater's renewed participation in the case, she wished to continue representing him.

Accordingly, for the reasons stated above and on the record at the October 12, 2011 hearing,

IT IS ORDERED that the "Order for Colin Lowery to Show Cause" [Dkt. # 52] is VACATED.

IT IS FURTHER ORDERED that Plaintiffs' attorney's "Motion for Withdrawal of Attorney" [Dkt. # 51] is TERMINATED AS MOOT.

    s/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated:  October 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 14, 2011, by electronic and/or ordinary mail.

    s/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\10-12596.WALKER.VacateShowCauseTermMotWithdraw.set.wpd