UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGET WALKER, Personal Representative of
the Estate of Christopher Walker, et al.,

       Plaintiffs,

                                                 Case No. 2:10-cv-12596

v.

CARMEN EVANS, et al.,

       Defendants.
                                         /

**ORDER GRANTING PLAINTIFF MALIK SLATER'S RENEWED MOTION FOR DEFAULT JUDGMENT**

At a hearing on October 12, 2011, Plaintiff Malik Slater appeared before the court and renewed his motion for default judgment against Defendants Devon Bell, Derryck Brantley, and William Morton. The court previously denied Plaintiffs' motion for default judgment with respect to Slater, without prejudice, based on his repeated failure to attend court proceedings related to the motion. The court, having received at the October 12, 2011 hearing Slater's testimony of the injuries he received in the school shooting perpetrated by Bell, Brantley, and Morton, will now grant Slater's renewed motion for default judgment. As Slater sustained injuries similar in magnitude to Plaintiffs Kejuana McCants and Leon Merriweather, the court will award default judgment to Slater in the amount of $1,000,000, in accordance with its order of September 14, 2011. Accordingly,

IT IS ORDERED that Plaintiffs' renewed "Motion for Default Judgment" [Dkt. # 33] is GRANTED with respect to Plaintiff Malik Slater, and a default judgment will

issue against Defendants Devon Bell, Derryck Brantley, and William Morton, jointly and severally, in the amount of $1,000,000.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated:  October 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 14, 2011, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522