UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGET WALKER, Personal Representative of
the Estate of Christopher Walker, et al.,

       Plaintiffs,

                                        Case No. 2:10-cv-12596

v.

CARMEN EVANS, et al.,

       Defendants.
                                        /

## DEFAULT JUDGMENT

In accordance with the court's October 14, 2011 "Order Granting Plaintiff Malik Slater's Renewed Motion for Default Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in the amount of $1,000,000 in favor of Plaintiff Malik Slater against Defendant Derryck Brantley, jointly and severally with Defendants Devon Bell and William Morton.  Dated at Detroit, Michigan, this 18th day of October, 2011.

                                                            DAVID J. WEAVER
                                                            CLERK OF THE COURT


                                                            s/Robert H. Cleland
                                                            ROBERT H. CLELAND
                                                            UNITED STATES DISTRICT JUDGE

S:\Cleland\JUDGE'S DESK\C2 ORDERS\10-12596.WALKER.SlaterDefaultJudgmentBrantley.set.2.wpd