## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BRIDGET WALKER, Personal Representative of
the Estate of Christopher Walker, et al.,

        Plaintiffs,

                                Case No. 2:10-cv-12596

v.

CARMEN EVANS, et al.,

        Defendants.

_____/

### AMENDED DEFAULT JUDGMENT[1]

        In accordance with the court's August 15, 2011 "Order Granting in Part Renewed

Motion for Default Judgment" [Dkt. # 42], August 25, 2011 "Order Granting as to Plaintiff

Leon Merriweather . . . Plaintiffs' Motion for Default Judgment" [Dkt. # 43], and

September 14, 2011 "Order Determining Amount of Default Judgment" [Dkt. # 46],

        IT IS ORDERED AND ADJUDGED that judgment is entered in the amount of

$5,000,000 in favor of Plaintiff Bridget Walker, in the amount of $1,000,000 in favor of

Plaintiff Kejuana McCants, and in the amount of $1,000,000 in favor of Plaintiff Leon

Merriweather against Defendant Derryck Brantley, jointly and severally with Defendants

---

[1]This judgment amends the default judgment [Dkt. # 48] entered by the court on
September 14, 2011 to add the phrase "jointly and severally with Defendants Devon
Bell and William Morton."

Devon Bell and William Morton.  Dated at Detroit, Michigan, this 18th day of October, 2011.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  October 18, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 18, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\10-12596.WALKER.AmdDefaultJudgmentBrantley.set.wpd