UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGET WALKER, Personal Representative of
the Estate of Christopher Walker, et al.,

      Plaintiffs,

                                                  Case No. 2:10-cv-12596

v.

CARMEN EVANS, et al.,

      Defendants.
                                            /

## AMENDED DEFAULT JUDGMENT[1]

In accordance with the court's August 15, 2011 "Order Granting in Part Renewed Motion for Default Judgment" [Dkt. # 42], August 25, 2011 "Order Granting as to Plaintiff Leon Merriweather . . . Plaintiffs' Motion for Default Judgment" [Dkt. # 43], and September 14, 2011 "Order Determining Amount of Default Judgment" [Dkt. # 46],

IT IS ORDERED AND ADJUDGED that judgment is entered in the amount of $5,000,000 in favor of Plaintiff Bridget Walker, in the amount of $1,000,000 in favor of Plaintiff Kejuana McCants, and in the amount of $1,000,000 in favor of Plaintiff Leon Merriweather against Defendant William Morton, jointly and severally with Defendants

---

[1]This judgment amends the default judgment [Dkt. # 47] entered by the court on September 14, 2011 to add the phrase "jointly and severally with Defendants Devon Bell and Derryck Brantley."

Devon Bell and Derryck Brantley.  Dated at Detroit, Michigan, this 18th day of October, 2011.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  October 18, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 18, 2011, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522