UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGET WALKER, et al.,

    Plaintiffs,

v.                                                     Case No. 2:10-cv-12596

CARMEN EVANS, et al.,

    Defendants.
                                                        /

**ORDER EXTENDING DISCOVERY AND
AMENDING APRIL 19, 2011 SCHEDULING ORDER**

On December 8, 2011 and December 12, 2011, the court held telephone conferences to discuss the status of discovery in this matter.  During the conferences, Plaintiffs' counsel indicated that she would like more information from Defendants regarding her request to produce "[a]ll photographs and video surveillance taken at Henry Ford High School" on the day of the shooting incident giving rise to this litigation.  (Pls.' Req. to Produce ¶ 6, Dkt. # 50-3.)  In response to this request, Defendants stated that they had no such surveillance in their possession.  However, at the December 12, 2011 conference, Plaintiff referenced testimony from Defendant Carmen Evans, given at the preliminary hearing in the criminal proceedings regarding the shooting, that tended to suggest that some surveillance had been taken.  As a result, the court directed Defendants' counsel to further investigate this issue by using all reasonable efforts to determine if, in fact, any survelliance responsive to Plaintiffs' request to produce had ever existed and, if so, what had become of it given that it is no longer in Defendants' possession.  To aid in this pursuit, Plaintiffs' counsel has agreed to provide

Defendants' counsel with a copy of Evans's testimony at the preliminary hearing as soon as possible.

Also at the conferences, counsel for both parties confirmed that they could complete the depositions of Plaintiff Malik Slater and Defendant Colin Lowery by December 21, 2011, which would mark the end of discovery in this matter.  Therefore, with the understanding that all discovery will be completed by that date, the court will adjust the remaining trial and pretrial dates.  Accordingly,

IT IS ORDERED that discovery in this matter is EXTENDED until **December 21, 2011**, for the limited purpose of deposing Plaintiff Malik Slater, deposing Defendant Colin Lowery, and resolving Plaintiffs' request to produce video surveillance in the manner described above.

IT IS FURTHER ORDERED that the court's April 19, 2011 Scheduling Order [Dkt. # 29] is AMENDED as follows:

The parties shall file all dispositive motions by **January 27, 2012**.

All trial documents (as described in the court's April 19, 2012 Scheduling Order §§ 8-10 & 14) are due by **May 29, 2012**.

The court will conduct a final pretrial conference (as described in the court's April 19, 2012 Scheduling Order § 11) on **June 4, 2012, at 2:30 p.m.**

A jury trial will commence on **June 11, 2012, at 9:00 a.m.**

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  December 15, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 15, 2011, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\10-12596.WALKER.AmendSchedOrder.set.wpd