# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRIDGET WALKER, et al.,

    Plaintiffs,

v.                                Case No. 10-12596

CARMEN EVANS, et al.,

    Defendants.

_____/

**ORDER STRIKING PLAINTIFFS' "SUPPLEMENTAL BRIEF" AND "SUR-REPLY"**

On January 27, 2012, Defendants filed a motion for summary judgment in this matter. Plaintiffs have since filed a response and Defendants a reply, after which the motion was fully briefed to the extent allowed by the Local Rules. Nonetheless, on February 22, 2012, Plaintiffs filed a "Supplemental Brief" and a "Sur-reply." Because counsel did not obtain leave of the court to submit these additional filings, *see* E.D. Mich. LR 7.1(c), (d), the court will strike them from the docket. Accordingly,

IT IS ORDERED that Plaintiffs' "Supplemental Brief" [Dkt. # 69] and "Sur-Reply" [Dkt. # 70] are hereby STRICKEN from the docket of the court.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: March 2, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 2, 2012, by electronic and/or ordinary mail.

                                      s/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522