## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BRIDGET WALKER, et al.,

       Plaintiffs,

v.                                       Case No. 10-12596

DETROIT PUBLIC SCHOOL DISTRICT, et al.,

       Defendants.

_____/

### JUDGMENT

In accordance with the court's December 13, 2010, "Opinion and Order . . .

Granting Defendant Detroit Public School's Motion to Dismiss . . . " and March 19, 2012,

"Opinion and Order Granting Defendants' Motion for Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendants Detroit Public School District, Carmen Evans, Colin Lowery, and Sharon

Dennis and against Plaintiffs Bridget Walker, Malik Slater, Leon Merriweather, and

Kejuana McCants.  Dated at Detroit, Michigan, this 19th day of March, 2012.

                                DAVID J. WEAVER
                                CLERK OF THE COURT


                           s/Robert H. Cleland_____
                            ROBERT H. CLELAND
                            UNITED STATES DISTRICT JUDGE